| | | | |
|---|---|---|---|
| Com. v. Moody[19] ... | 03/30/2016 990 MAL (2015) | Denied | Pa.Super., 134 A.3d 505 |
| Com. v. Morris ..... | 03/23/2016 877 MAL (2015) | Denied | Pa.Super., 134 A.3d 96 |
| Com. v. Moulis ..... | 03/23/2016 463 WAL (2015) | Denied | Pa.Super., 134 A.3d 110 |
| Com. v. Mucci...... | 03/23/2016 919 MAL (2015) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Muhammad | 03/23/2016 577 EAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Com. v. Navedo .... | 03/23/2016 653 MAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |
| Com. v. Nelson ..... | 03/23/2016 492 WAL (2016) | Denied | Pa.Super., 134 A.3d 498 |
| Com. v. Onyiah[20] ... | 03/30/2016 598 EAL (2015) | Denied | No. 3010 EDA 2013 |
| Com. v. Park[21] ..... | 03/24/2016 895 MAL (2015) | Denied | Pa.Super., 134 A.3d 110 |
| Com. v. Parker ..... | 03/23/2016 483 EAL (2015) | Denied | Pa.Super., 125 A.3d 448 |
| Com. v. Pearson .... | 03/30/2016 713 EAL (2015) | Denied | Pa.Super., 134 A.3d 492 |
| Com. v. Peay ....... | 03/23/2016 638 MAL (2015) | Denied | Pa.Super., 134 A.3d 104 |
| Com. v. Potter...... | 03/23/2016 929 MAL (2015) | Denied | Pa.Super., 134 A.3d 480 |

19. Justice DONOHUE did not participate in the consideration or decision of this matter.

20. Justice WECHT did not participate in the decision of this matter.

21. Justice WECHT did not participate in the consideration or decision of this matter.